UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN P. MILES, Derivatively on Behalf of BP PLC,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY B. HAYWARD, IAIN C. CONN, ROBERT W. DUDLEY, BYRON E. GROTE, ANDY G. INGLIS, CARL-HENRIC SVANBERG, PAUL M. ANDERSON, ANTONY BURGMANS, CYNTHIA B. CARROLL, SIR WILLIAM M. CASTELL, GEORGE DAVID, IAN DAVIS, DOUGLAS J. FLINT, DEANNE S. JULIUS, H. LAMAR MCKAY, TRANSOCEAN LTD., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., CAMERON INTERNATIONAL CORPORATION, HALLIBURTON ENERGY SERVICES INC., "A, B, AND C" INSURANCE COMPANIES AS INSURERS OF TRANSOCEAN, "L, M, AND N" INSURANCE COMPANIES AS INSURERS OF CAMERON INTERNATIONAL, AND "X, Y, AND Z" INSURANCE COMPANIES AS INSURERS OF HALLIBURTON,<br><br>Defendants,<br><br>and<br><br>BP PLC,<br><br>Nominal Defendant. | Case No.<br><br>Section<br><br>Magistrate<br><br><br><br>**Jury Trial Demanded** |

## STATEMENT OF RELATED CASES

This action (as constituted by the attached Verified Shareholder Derivative Complaint) is related to other cases pending in this District:

*Firpo v. Hayward, et al.*, No. 10 Civ. 1430 (E.D. La. filed May 7, 2010) (shareholder derivative proceeding containing similar allegations) (voluntarily dismissed May 11, 2010);

*Louisiana Municipal Police Employees' Retirement System v. Hayward, et al.*, No. 10 Civ. 1439 (E.D. La. Filed May 10, 2010) (shareholder derivative proceeding containing similar allegations).

Dated:  May 11, 2010.

        Respectfully submitted,

        KAHN SWICK & FOTI, LLC

        By: _____
        Lewis S. Kahn (La. Bar No. 23805)
        Albert M. Myers (application for *pro hac vice*
            admission pending)
        Paul Balanon (La. Bar No. 29076)
        Melinda Nicholson (application for *pro hac vice*
            admission pending)
        650 Poydras Street - Suite 2150
        New Orleans, LA  70130
        Telephone: (504) 455-1400
        Facsimile: (504) 455-1498

        *Attorneys for Plaintiff*